Elisabeth W. Goepp, Individually and as Administratrix of the Estate of Rudolph M. Goepp, Jr., Deceased, Respondent, *v.* American Overseas Airlines, Inc., Appellant.

Argued May 18, 1953; decided July 14, 1953.

*Harold G. Pickering* and *John B. Breckenridge* for appellant.

*William J. Junkerman* and *Douglas B. Bowring* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.